## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Wendy Berry, Lorri Hulings, and Kathleen Sammons, individually and as representatives of a class of similarly situated persons, and on behalf of the FirstGroup America, Inc. Retirement Savings Plan,<br><br>                Plaintiffs,<br>v.<br><br>FirstGroup America, Inc., FirstGroup America, Inc. Employee Benefits Committee, and Aon Hewitt Investment Consulting, Inc.,<br><br>                Defendants. | Case No. 1:18-cv-00326-TSB<br><br>Judge Timothy S. Black |

### MOTION FOR ADMISSION PRO HAC VICE OF MATTHEW H. MORGAN

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Plaintiffs, through their trial attorney, George M. Reul, Jr., respectfully move the Court to admit Matthew H. Morgan *pro hac vice* to appear and participate as counsel in this case for Plaintiffs.

In support of this Motion, Plaintiffs state that Matthew H. Morgan is a member in good standing of the highest court of Minnesota, as attested by the accompanying certificate from that court, and that Matthew H. Morgan is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Matthew H. Morgan understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Matthew H. Morgan's relevant business information is as follows:

Telephone: 612-256-3200
Address:   Nichols Kaster, PLLP
            4700 IDS Center
            80 S 8th Street
            Minneapolis, MN 55402
E-mail:    morgan@nka.com

Dated: April 21, 2022                    Respectfully submitted,

**FREKING MYERS & REUL LLC**

By: /s/ *George M. Reul, Jr.*
George M. Reul, Jr. (0069992)
600 Vine Street, Ninth Floor
Cincinnati, Ohio 45202
Telephone: 513-721-1975
Facsimile: 513-651-2570
greul@fmr.law

**NICHOLS KASTER, PLLP**
Paul J. Lukas, *admitted pro hac vice*
Brock J. Specht, *admitted pro hac vice*
Mark E. Thomson, *admitted pro hac vice*
Jennifer K. Lee, *admitted pro hac vice*
Steven J. Eiden, *admitted pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
bspecht@nka.com
mthomson@nka.com
jlee@nka.com
seiden@nka.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2022, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be delivered to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *George M. Reul, Jr.*
George M. Reul, Jr.
