# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Wendy Berry, Lorri Hulings, and Kathleen Sammons, individually and as representatives of a class of similarly situated persons, and on behalf of the FirstGroup America, Inc. Retirement Savings Plan,<br><br>      Plaintiffs,<br><br>v.<br><br>FirstGroup America, Inc., FirstGroup America, Inc. Employee Benefits Committee, and Aon Hewitt Investment Consulting, Inc.,<br><br>      Defendants. | Case No. 1:18-cv-00326-TSB<br><br>Judge Timothy S. Black |

## **STIPULATION REGARDING THE ADMISSIBILTY OF DEPOSITION TESTIMONY**

Plaintiffs Wendy Berry, Lorri Hulings, and Kathleen Sammons, and Defendants FirstGroup America, Inc., FirstGroup America, Inc. Employee Benefits Committee, and Aon Hewitt Investment Consulting, Inc. (collectively, the "Parties"), through their undersigned counsel, agree and stipulate as follows:

WHEREAS, former Aon employees David Kelly and Craig Pearlman were deposed in an earlier lawsuit titled *Reetz v. Lowe's Companies, Inc., et al.,* No. 5:18-cv-00075 (W.D.N.C.);

WHEREAS, excerpts of the depositions of David Kelly and Craig Pearlman were filed publicly in *Reetz v. Aon Hewitt Investment Consulting, Inc., et al.*, No. 21-2267 (4th Cir.); and

WHEREAS, the Parties have conferred and agree that these publicly available excerpts from the prior depositions of Mr. Kelly and Mr. Pearlman may be used in this case;

THEREFORE, the parties hereby stipulate that the depositions of David Kelly and Craig Pearlman taken in the matter of *Reetz v. Lowe's Companies, Inc., et al.,* No. 5:18-cv-00075

(W.D.N.C.) may be used in this action to the same extent as if those depositions had been taken in this action.

| | |
|---|---|
| Dated: May 6, 2022 | Dated: May 6, 2022 |
| | |
| NICHOLS KASTER, PLLP | GOODWIN PROCTER LLP |
| *By: /s/ Paul J. Lukas* | *By: /s/ David Rosenberg* |
| Paul J. Lukas *(admitted pro hac vice)* | James O. Fleckner *(admitted pro hac vice)* |
| Brock J. Specht *(admitted pro hac vice)* | David Rosenberg *(admitted pro hac vice)* |
| Mark E. Thomson *(admitted pro hac vice)* | 100 Northern Avenue |
| Jennifer K. Lee *(admitted pro hac vice)* | Boston, Massachusetts 02210 |
| Steven J. Eiden *(admitted pro hac vice)* | Telephone: (617) 570-1000 |
| 4700 IDS Center | jfleckner@goodwinlaw.com |
| 80 S. 8th Street | drosenberg@goodwinlaw.com |
| Minneapolis, MN 55402 | |
| Telephone: (612) 256-3200 | Gabrielle L. Gould *(admitted pro hac vice)* |
| lukas@nka.com | Samuel J. Rubin *(admitted pro hac vice)* |
| bspecht@nka.com | The New York Times Building |
| mthomson@nka.com | 620 Eighth Avenue |
| jlee@nka.com | New York, New York 10018 |
| seiden@nka.com | Telephone: (212) 813-8800 |
| | ggould@goodwinlaw.com |
| FREKING MYERS & REUL LLC | srubin@goodwinlaw.com |
| George M. Reul, Jr. (0069992) | |
| 600 Vine Street, Ninth Floor | DINSMORE & SHOHL LLP |
| Cincinnati, Ohio 45202 | Jennifer O. Mitchell |
| Telephone: 513-721-1975 | 255 E. Fifth Street, Suite 1900 |
| | Cincinnati, Ohio 45202 |
| greul@fmr.law | Telephone: (513) 977-8364 |
| | jennifer.mitchell@dinsmore.com |
| *ATTORNEYS FOR PLAINTIFFS* | |
| | *ATTORNEYS FOR DEFENDANT FIRSTGROUP AMERICA, INC. AND THE FIRSTGROUP AMERICA, INC. EMPLOYEE BENEFITS COMMITTEE* |
| | |
| | O'MELVENY & MYERS LLP |
| | *By: /s/ William Pollak* |
| | Stuart Sarnoff |
| | William Pollak |
| | Times Square Tower |
| | 7 Times Square |
| | New York, NY 10036 |

2

Telephone: (212) 326-2000
ssarnoff@omm.com
wpollak@omm.com

Shannon Barrett
Brian Boyle
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: (202) 383-5300
sbarrett@omm.com
Bboyle@omm.com

BINGHAM GREENEBAUM DOLL LLP
V. Brandon McGrath (0072057)
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202-4728
Telephone: 513.455.7641
bmcgrath@bgdlegal.com

*ATTORNEYS FOR DEFENDANT AON HEWITT INVESTMENT CONSULTING, INC. (NKA AON HEWITT INVESTMENTS USA, INC.)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2022, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be delivered to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Paul J. Lukas*