## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Wendy Berry, Lorri Hulings, and Kathleen Sammons, individually and as representatives of a class of similarly situated persons, and on behalf of the FirstGroup America, Inc. Retirement Savings Plan,<br><br>        Plaintiffs,<br><br>v.<br><br>FirstGroup America, Inc., FirstGroup America, Inc. Employee Benefits Committee, and Aon Hewitt Investment Consulting, Inc.,<br><br>        Defendants. | Case No. 1:18-cv-00326-TSB<br><br>Judge Timothy S. Black |

### JOINT STIPULATION FOR A SHORT EXTENSION OF EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Plaintiffs Wendy Berry, Lorri Hulings, and Kathleen Sammons, and Defendants FirstGroup America, Inc., FirstGroup America, Inc. Employee Benefits Committee, and Aon Hewitt Investment Consulting, Inc. (collectively, the "Parties"), through their undersigned counsel, hereby jointly move for a short extension to complete expert discovery and the deadline to file dispositive motions. The parties jointly request the following updated case schedule:

| Event | Updated Deadline |
|---|---|
| Defendants' Initial Expert Reports | June 17, 2022 |
| Plaintiffs' Rebuttal Expert Reports | July 15, 2022 |
| Defendants' Sur-Rebuttal Reports | August 12, 2022 |
| Close of Expert Discovery | September 9, 2022 |
| Summary Judgment Briefs | October 14, 2022 |
| Oppositions Briefs | November 18, 2022 |
| Reply Briefs | December 16, 2022 |
| *Daubert* Motions[1] | January 27, 2023 |

---

[1] The prior case schedule did not include a deadline for the filing of *Daubert* motions.

In support of this motion, the Parties state as follows:

On May 4, 2021, the Court entered a Scheduling Order (ECF No. 64) setting the expert discovery deadline for August 12, 2022 and the dispositive motion deadline for September 23, 2022.

Due to scheduling conflicts, one of Aon Hewitt Investment Consulting, Inc.'s expert witnesses is traveling internationally and is unavailable for deposition in early August. Accordingly, the Parties have met and conferred regarding the case schedule, and believe that it would be in the interests of all Parties to receive a short extension to the expert discovery deadline to permit additional time for expert depositions. The Parties also propose a corresponding extension of the deadlines for dispositive motions.

This Court has broad discretion under Rule 6(b) of the Federal Rules of Civil Procedure to grant an extension of a deadline upon the showing of good cause. *See* Fed.R.Civ.P. 6(b); *Kimble v. Hoso*, 439 F.3d 331, 336 (6th Cir. 2006) (finding that district courts enjoy broad discretion with regards to pretrial management, scheduling, and docket control); *U.S. v. Van Dyke*, 605 F.2d 220, 227 (6th Cir. 1979) (indicating that a district court has wide discretion in scheduling a trial). The Parties respectfully submit that good cause exists here because extending the expert discovery deadline will permit a more productive and efficient expert discovery period for all Parties. This is the first request for an extension of the expert discovery and dispositive motion deadlines and the brief extension sought by the Parties will not unduly delay the proceedings or prejudice either Plaintiffs or Defendants. Furthermore, the granting of this motion will not interfere with any other deadlines currently scheduled by the Court.

WHEREFORE, the Parties respectfully request that the Court grant their motion by setting the deadline for the close of expert discovery as September 9, 2022, setting the deadline

for dispositive motions as October 14, 2022, setting the deadline for opposition briefs as November 18, 2022, setting the deadline for reply briefs as December 16, 2022, and setting the deadline for *Daubert* motions as January 27, 2023.

| | |
|---|---|
| Dated: June 17, 2022 | Respectfully submitted, |
| **NICHOLS KASTER, PLLP** | **GOODWIN PROCTER LLP** |
| /s/ Paul Lukas | /s/ James O. Fleckner |
| Paul J. Lukas, MN Bar No. 22084X* | James O. Fleckner* |
| Brock J. Specht, MN Bar No. 0388343* | David Rosenberg* |
| Carl F. Engstrom, MN Bar No. 0396298* | 100 Northern Avenue |
| Brandon McDonough, MN Bar No. 0393259* | Boston, Massachusetts 02210 |
| Chloe A. Raimey, MN Bar No. 0398257* | Telephone: 617-570-1000 |
| Mark Thomson, MN Bar No. 0398260* | Facsimile: 617-523-1231 |
| * admitted pro hac vice | jfleckner@goodwinlaw.com |
| 4700 IDS Center | |
| 80 S 8th Street | Gabrielle L. Gould* |
| Minneapolis, MN 55402 | Samuel J. Rubin* |
| Telephone: 612-256-3200 | The New York Times Building |
| Facsimile: 612-338-4878 | 620 Eighth Avenue |
| lukas@nka.com | New York, New York 10018 |
| bspecht@nka.com | Telephone: 212-813-8800 |
| cengstrom@nka.com | Facsimile: 212-355-3333 |
| bmcdonough@nka.com | ggould@goodwinlaw.com |
| craimey@nka.com | srubin@goodwinlaw.com |
| mthomson@nka.com | |
| | *admitted pro hac vice |
| F. Hill Allen, N.C. Bar No. 18884 | DINSMORE & SHOHL LLP |
| Post Office Box 1151 | Jennifer O. Mitchell |
| 150 Fayetteville Street, Suite 1800 | 255 E. Fifth Street, Suite 1900 |
| Raleigh, N.C. 27602-1151 | Cincinnati, Ohio 45202 |
| Telephone: (919) 821 4711 | Telephone: 513-977-8364 |
| Fax: (919) 829-1583 | Facsimile: 513-977-8141 |
| Email: hallen@tharringtonsmith.com | jennifer.mitchell@dinsmore.com |
| *Attorneys for Plaintiffs* | *Attorneys for FirstGroup America, Inc. and the FirstGroup America, Inc. Employee Benefits Committee* |

O'MELVENY & MYERS LLP

/s/ Shannon M. Barrett
Brian Boyle
Shannon M. Barrett
1625 Eye St., NW
Washington, DC 20006
Telephone: (202) 383-5300
Fax: (202) 383-5414
bboyle@omm.com
sbarrett@omm.com
derice@omm.com

Stuart M. Sarnoff
William Pollak
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 728-5675
Fax: (212) 326-2061
ssarnoff@omm.com
wpollak@omm.com

V. Brandon McGrath (0072057)
BINGHAM GREENEBAUM DOLL LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202-4728
Telephone: (513) 455-7641
brandon.mcgrath@dentons.com

*Attorneys for Aon Investments USA (f/k/a Aon Hewitt Investment Consulting, Inc.)*

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: June 17, 2022 /s/ Shannon M. Barrett
                                                                Shannon M. Barrett