# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

|  |  |
|---|---|
| JEFFREY MCGINNES, et al., | ) |
|  | ) Case No.: 1:18-cv-00326 |
| Plaintiffs, | ) |
|  | ) |
|  | ) District Judge Matthew W. McFarland |
| vs. | ) Magistrate Judge Karen L. Litkovitz |
|  | ) |
| FIRSTGROUP AMERICA, INC., et al., | ) |
|  | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Jennifer O. Mitchell, trial attorney for FirstGroup America, Inc. ("FirstGroup"), in the above-referenced action, hereby moves the court to admit DeMario M. Carswell, *pro hac vice* to appear and participate as counsel in this case for FirstGroup.

Movant represents that DeMario M. Carswell is a member in good standing of the highest court of the District of Columbia as attested by the accompanying certificate from that court and that DeMario M. Carswell is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

DeMario M. Carswell understands that, unless expressly excused, he must register for electronic filing with this court promptly upon the granting of this Motion. His relevant identifying information is as follows:

Business Telephone: (202) 346-4000
Business Fax:        (202) 346-4444
Business Address:   Goodwin Procter LLP
                    1900 N Street, N.W.
                    Washington, D.C. 20036
Business E-mail Address: DCarswell@goodwinlaw.com

**Error! Unknown document property name.**

Respectfully submitted,

/s/  Jennifer O. Mitchell
Jennifer O. Mitchell (0069594)
Dinsmore & Shohl LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8364
jennifer.mitchell@dinsmore.com

**Trial Attorney for FirstGroup America, Inc.**

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 18, 2022, a copy of the foregoing was electronically filed with the U.S. District Court, Southern District of Ohio.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic system.

/s/  Jennifer O. Mitchell

**Error! Unknown document property name.**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *De Mario Marcus Carswell*

was duly qualified and admitted on June 25, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 29, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| JEFFREY MCGINNES, et al., | : | Case No.   1:18-cv-00326 |
| Plaintiffs, | : | District Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | **ORDER GRANTING MOTION FOR** |
| FIRSTGROUP AMERICA, INC., et al., | : | **LEAVE TO APPEAR *PRO HAC VICE*** |
| Defendants. | : | |

Before the Court is the Motion for Leave to Appear *Pro Hac Vice* of DeMario M. Carswell by Defendant FirstGroup America, Inc.

Mr. Carswell is an attorney in good standing and consents to the jurisdiction and rules of this district governing professional conduct.  Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission *Pro Hac Vice*, his Motion for Leave to Appear *Pro Hac Vice* in this matter is hereby **GRANTED**, and he is hereby admitted to practice as **co-counsel** on behalf of Defendant.

**IT IS SO ORDERED.**

Dated: _____  _____
Timothy S. Black
United States District Judge