**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Wendy Berry, Lorri Hulings, and Kathleen Sammons, individually and as representatives of a class of similarly situated persons, and on behalf of the FirstGroup America, Inc. Retirement Savings Plan,<br><br>     Plaintiffs,<br><br>v.<br><br>FirstGroup America, Inc., FirstGroup America, Inc. Employee Benefits Committee, and Aon Hewitt Investment Consulting, Inc.,<br><br>     Defendants. | Case No. 1:18-cv-00326<br><br>Judge Matthew W. McFarland |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMITS FOR THEIR SUMMARY JUDGMENT RESPONSE BRIEFING**

  Plaintiffs Wendy Berry, Lorri Hulings, and Kathleen Sammons ("Plaintiffs") hereby move for an order to increase the page limit for the memorandum in opposition to the FGA Defendants' Motion for Summary Judgment from twenty pages to twenty-five pages.

  In support of this motion, Plaintiffs state as follows:

  1. On October 6, 2022, the FGA Defendants filed a motion requesting an additional five pages for their brief in support of their motion for summary judgment. ECF No. 93.

  2. The Court granted the FGA Defendants motion on October 11, 2022.

  3. On October 14, 2022, the FGA Defendants filed their motion for summary judgment. ECF No. 107. The FGA Defendants' brief in support of their motion was twenty-five pages. ECF No. 108.

  4. S.D. Ohio Civ. R. 7.2 provides that a "Judge may impose page limitations in any action by standing order." Pursuant to Section III.A.4 of the Court's Standing Order Regarding

Procedures in Civil Cases, "memoranda in support of . . . to any motion or application to the Court shall not exceed twenty pages without first obtaining leave of court."

5.  Plaintiffs anticipate that they will need five additional pages to fully respond to the FGA Defendants' arguments.

6.  The FGA Defendants do not oppose this motion.

Dated: October 24, 2022          Respectfully submitted,

**NICHOLS KASTER, PLLP**
By: */s/ Brock J. Specht*
Paul J. Lukas, *admitted pro hac vice*
Brock J. Specht, *admitted pro hac vice*
Matthew H. Morgan, *admitted pro hac vice*
Anna P. Prakash, *admitted pro hac vice*
Steven J. Eiden, *admitted pro hac vice*
Patricia C. Dana, *admitted pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
bspecht@nka.com
morgan@nka.com
aprakash@nka.com
seiden@nka.com
pdana@nka.com

**FREKING MYERS & REUL**
George M. Reul, Jr. (OH 0069992)
600 Vine Street, Suite 900
Cincinnati, Ohio 45202
Telephone: 513-721-1975
Facsimile: (513) 651-2570
greul@fmr.law

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this 24th day of October, 2022, that the undersigned electronically filed and served the foregoing document through this Court's ECF system.

*/s/ Brock J. Specht*
Brock J. Specht
