UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Wendy Berry, Lorri Hulings, and Kathleen Sammons, individually and as representatives of a class of similarly situated persons, and on behalf of the FirstGroup America, Inc. Retirement Savings Plan,<br><br>                Plaintiffs,<br>v.<br><br>FirstGroup America, Inc., Aon Hewitt Investment Consulting, Inc., and John Does 1-20,<br><br>                Defendants. | Case No. 1:18-cv-00326-MWW |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE SUMMARY JUDGMENT DEADLINES AND TO SET DEADLINE FOR PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

Upon due consideration of Plaintiffs' and Defendant Aon Hewitt Investment Consulting, Inc.'s Motion to Vacate Summary Judgment Deadlines and to Set Deadline for Plaintiff's Unopposed Motion for Preliminary Settlement Approval, and finding good cause for the motion,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' and Defendant Aon Hewitt Investment Consulting, Inc.'s Motion to Vacate Summary Judgment Deadlines and to Set Deadline for Plaintiff's Unopposed Motion for Preliminary Settlement Approval is GRANTED.

2. The dispositive motion briefing schedule with respect to Plaintiffs' claims against Aon Hewitt is vacated.

2

    3.      Plaintiffs will file their Unopposed Motion for Preliminary Approval of the Settlement Agreement within seven (7) days following the Settling Parties' receipt of plan participant data from the Plan's recordkeepers.

**SO ORDERED**.

Date: November \_\_\_, 2022

                                                    HON. MATTHEW W. McFARLAND
United States District Court Judge