# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Wendy Berry, Lorri Hulings, and Kathleen Sammons, individually and as representatives of a class of similarly situated persons, and on behalf of the FirstGroup America, Inc. Retirement Savings Plan,<br><br>                Plaintiffs,<br><br>v.<br><br>FirstGroup America, Inc., FirstGroup America, Inc. Employee Benefits Committee, and Aon Hewitt Investment Consulting, Inc.,<br><br>                Defendants. | Case No. 1:18-cv-00326-JPH<br><br>Judge Jeffery P. Hopkins |

## NOTICE OF GLOBAL SETTLEMENT

Plaintiffs Wendy Berry, Lorri Hulings, and Kathleen Sammons ("Plaintiffs") and Defendants FirstGroup America, Inc., FirstGroup America, Inc. Employee Benefits Committee (the "FGA Defendants"), and Defendant Aon Hewitt Investment Consulting, Inc. ("Aon Hewitt") jointly notify the Court that all Parties have reached an agreement in principle to settle all of the claims in this case amongst all of the parties on a class-wide basis. The comprehensive class settlement, subject to the Court's approval under Fed. R. Civ. P. 23(e), fully resolves all of the issues presented in this litigation and will moot several pending motions, including the FGA Defendants' Motion for Summary Judgment, *ECF No. 107,* the FGA Defendants' Motion to Exclude Opinions of Plaintiffs' Expert Brian C. Becker, Ph.D., *ECF No. 156*, and related motions to seal, *ECF Nos. 148, 158, 164, 165*.

The Parties are in the process of drafting settlement papers that update Plaintiffs' previous partial settlement with Aon Hewitt, *ECF No. 144*, and will submit an amended Class Action

Settlement Agreement and Amended Motion for Preliminary Approval within 21 days of the date of this notice. Accordingly, the Parties respectfully request that the Court refrain from issuing a ruling on the soon-to-be-moot motions that are presently pending.

| | |
|---|---|
| Dated: February 8, 2024 | Respectfully submitted, |
| **NICHOLS KASTER, PLLP**<br>*/s/ Paul J. Lukas*<br>Paul J. Lukas*<br>Brock J. Specht*<br>Matthew H. Morgan*<br>Anna P. Prakash*<br>Steven J. Eiden*<br>Patricia C. Dana*<br>4700 IDS Center<br>80 S 8th Street<br>Minneapolis, MN 55402<br>Telephone: 612-256-3200<br>Facsimile: 612-338-4878<br>lukas@nka.com<br>bspecht@nka.com<br>morgan@nka.com<br>aprakash@nka.com<br>seiden@nka.com<br>pdana@nka.com<br><br>*admitted pro hac vice<br><br>**FREKING MYERS & REUL LLC**<br>George M. Reul, Jr. (0069992)<br>600 Vine Street, Ninth Floor<br>Cincinnati, Ohio 45202<br>Telephone: 513-721-1975<br>Facsimile: 513-651-2570<br>greul@fmr.law<br><br>*Attorneys for Plaintiffs*<br><br>**O'MELVENY & MYERS LLP**<br>*/s/ Brian D. Boyle*<br>Brian D. Boyle*<br>Shannon M. Barrett*<br>Deanna Rice<br>1625 Eye St., NW | **GOODWIN PROCTER LLP**<br>*/s/ James O. Fleckner*<br>James O. Fleckner*<br>David Rosenberg*<br>100 Northern Avenue<br>Boston, Massachusetts 02210<br>Telephone: 617-570-1000<br>Facsimile: 617-523-1231<br>jfleckner@goodwinlaw.com<br>drosenberg@goodwinlaw.com<br><br>Gabrielle L. Gould*<br>Samuel J. Rubin*<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: 212-813-8800<br>Facsimile: 212-355-3333<br>ggould@goodwinlaw.com<br>srubin@goodwinlaw.com<br><br>*admitted pro hac vice<br><br>**DINSMORE & SHOHL LLP**<br>Jennifer O. Mitchell<br>255 E. Fifth Street, Suite 1900<br>Cincinnati, Ohio 45202<br>Telephone: 513-977-8364<br>Facsimile: 513-977-8141<br>jennifer.mitchell@dinsmore.com<br><br>*Attorneys for FirstGroup America, Inc. and the FirstGroup America, Inc. Employee Benefits Committee* |

Washington, DC 20006
Telephone: (202) 383-5300
Fax: (202) 383-5414
bboyle@omm.com
sbarrett@omm.com
derice@omm.com

Stuart M. Sarnoff*
William Pollak*
Times Square Tower 7 Times Square
New York, NY 10036
Telephone: (212) 728-5675
Fax: (212) 326-2061
ssarnoff@omm.com
wpollak@omm.com

*admitted pro hac vice

V. Brandon McGrath (0072057)
**DENTONS BINGHAM GREENEBAUM LLP**
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202-4728
Telephone: 513-455-7641
brandon.mcgrath@dentons.com

*Attorneys for Defendant Aon Hewitt Investment Consulting, Inc. (n/k/a Aon Investments USA, Inc.)*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, a true and accurate copy of the foregoing as filed electronically. Notice of this filing will be delivered to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                   */s/ Paul J. Lukas*
                                                                   Paul J. Lukas