IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Wendy Berry, et al.,
    Plaintiff(s),

v.

FirstGroup America, Inc., et al.,
    Defendant(s).

Case No. 1:18-cv-326
(Litkovitz, MJ ; Consent Case)

## JUDGMENT IN A CIVIL CASE

[ ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

ORDER: Accordingly, the Plaintiffs' Motion for Final Approval of the Class Action Settlement (Doc. [186]) and Motion for Attorney Fees, Expenses, Administrative Costs, and Class Representatives' Service Awards (Doc. [181]) are GRANTED, the Amended Settlement of the Class Action is APPROVED as fair, reasonable, and adequate to the Plan and the Settlement Class, and the Parties are hereby directed to take the necessary steps to effectuate the terms of the Amended Settlement Agreement. (Doc. [190]).

Date: December 18, 2024

                                      Richard W. Nagel, Clerk of Court
                                      By:  s/Arthur Hill, deputy clerk